FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAR 28 PM 12:08

CLERK ____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

KELVIN S. ROBBINS, )
    Plaintiff, )
)
v. ) Case No. CV411-052
)
CHATHAM COUNTY COURTHOUSE, )
JUDGE PERRY BRANNEN, CLERK )
VALERIE E. MURCHISON, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 28 day of _____, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA